UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>PATRICK J SMITH,<br><br>                Defendant. | CASE NO. CR07-0222-JCC<br><br>ORDER |

    THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case. The Court further finds that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

    Therefore, the Court finds that the period of time from the current trial date of August 13, 2007 until the new trial date of October 2, 2007 shall be excludable time pursuant to the Speedy

ORDER – 1

Trial Act, 18 U.S.C. § 3161 *et seq.*[1]

IT IS HEREBY ORDERED that the trial date in this matter is continued to October 2, 2007 and that pretrial motions shall be filed no later than September 6, 2007.

DONE this 9th day of August, 2007.

John C. Coughenour
United States District Judge

---

[1] The Court recognizes that the Speedy Trial Waiver provided via CM/ECF is difficult to read. (*See* Dkt. No. 19.) The Court has conferred with Defense Counsel and confirmed that the document states that Defendant's waiver is effective through October 11, 2007.

ORDER – 2