UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR07-222-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| PATRICK J. SMITH, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

A status hearing on supervised release revocation in this case was scheduled before me on December 12, 2011. The United States was represented by AUSA Lisca Borichewski and the defendant by David Gehrke. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 27, 2009 by the Honorable John C. Coughenour on a charge of Possession of Methamphetamine with Intent to Distribute, and sentenced to 60 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug dependency program, abstain from alcohol, and submit to search. (Dkt. 44.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01    In an application dated (Dkt. 47, 48), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of supervised release:

1. Using marijuana on or about October 18, 2011, in violation of standard condition 7.

2. Using amphetamine on or about October 18, 2011, in violation of standard condition 7.

3. Failing to appear from drug testing on November 4, 7, 8, 9, and 10, 2011, in violation of the special condition that he submit to drug testing as directed.

4. Failing to be truthful in all inquiries by the probation officer in violation of standard condition 3.

5. Failing to follow the instructions of the probation officer in violation of standard condition 3.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 52.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1-5, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on supervision.

///

///

///

01      DATED this 12th day of December , 2011.

02

03                                          _____
                                            Mary Alice Theiler
04                                          United States Magistrate Judge

05

06

07   cc:    District Judge:           Honorable John C. Coughenour
            AUSA:                     Lisca Borichewski
08          Defendant's attorney:     David Gehrke
            Probation officer:        Brian K. Facklam

09

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3